UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| ROBERT REINKING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:14-cv-2998-CDJ |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, ROBERT REINKING ("Plaintiffs"), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP , ("Defendant"), in this case.

RESPECTFULLY SUBMITTED,

By: /s/  Jason Rettig_____
    Jason Rettig
    100 W. Monument Ave.
    Hatboro, PA 19040
    Phone:  (267) 879-9054
    rettiglaw@yahoo.com
    Attorney for Plaintiff,
    ROBERT REINKING

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2017, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Jason Rettin
Jason Rettig
Attorney for Plaintiff
